UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARK BURGESS                                                                                              PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:13cv1006-CWR-FKB

DR. MICHAEL REDDIX, et al.                                                                       DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Objection to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on September 12, 2013 dismissing Plaintiff's Complaint after considering Plaintiff's allegations and receiving Plaintiff's testimony at an omnibus hearing. Having considered said Report and Recommendation, the Plaintiff's objections thereto, applicable statutory and case law, and being otherwise fully advised in the premises, the Court concludes that Plaintiff's objection is without merit and hereby adopts, as its own opinion, the report and recommendation of the magistrate judge.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge F. Keith Ball entered on September 12, 2013 is hereby adopted as the finding of this Court. The Complaint in this matter shall be dismissed with prejudice. Any other outstanding motions in this case are denied as moot.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 14th day of March, 2014.

                                                                         s/Carlton W. Reeves
                                                                        UNITED STATES DISTRICT JUDGE